KRZYSZTOF F. WOLINSKI   CDCR No: AC-1995
<u>_____</u>
Name and Prisoner/Booking Number

<u>California Health Care Faciiity</u>
Place of Confinement

<u>7707 South Austin Road   fac."C"</u>
Mailing Address

<u>Stockton, California 95213</u>
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

> **FILED**
>
> **Jul 21, 2023**
>
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI
<u>_____</u>,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) <u>KERRI M. LAMAS (A) Captain</u>,
(Full Name of Defendant)

(2) <u>JASON SCHULTZ (A) C.D.W.</u>,

(3) <u>Sgt.  SINGH</u>,

(4) <u>Sgt. MELISSA PENDER et.al.</u>,
                    Defendant(s).

xⓍ⌧⌧Check if there are additional Defendants and attach page 1-A listing them.

2:23-cv-1467 DMC (PC)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

JURY TRIAL DEMANDED TO RECOVER DAMAGES
☒Original Complaint
☐First Amended Complaint
☐Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   - ☒ Other: <u>A.D.A. Title II,§504 R.A;18 USC § 1621;42 USC §§ 1985(3);1986;1997(d);1981(c)</u>

2. Institution/city where violation occurred: <u>California Health Care Facility,in Stockton,California,</u>
                    <u>and California Medical Facility in Vacaville,California...</u>

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: <u>Kerri M. Lamas</u>. The first Defendant is employed as:
   <u>(A) Correctional Captain(Lieutenant)</u> at <u>California Health Care Facility in Stockton</u>
   (Position and Title)          (Institution)

2. Name of second Defendant: <u>Jaaon Schultz</u>. The second Defendant is employed as:
   <u>(A) Chief Deputy Warden</u> at <u>C.H.C.F. in Stockton,California</u>
   (Position and Title)          (Institution)

3. Name of third Defendant: <u>Singh</u>. The third Defendant is employed as:
   <u>Correctional Sergeant facility "B"</u> at <u>C.H.C.F. Stockton...</u>
   (Position and Title)          (Institution)

4. Name of fourth Defendant: <u>Melissa Pender</u>. The fourth Defendant is employed as:
   <u>Correctional Sergeant Fac. C</u> at <u>California Health Care Facility in Stockton,California</u>
   (Position and Title)          (Institution)

5. Name of 5th Defendant: <u>Mousumi Nandy</u>. The 5th Defendant is employed as:
   <u>Primary Care Provider Physician Doctor.</u> at <u>C.H.C.F. Stockton,California</u>
   (Position and Title)          (Institution)

6. Name of Sixth Defendant: <u>Osmon</u>. The 6th Defendant is employed as:
   <u>Chief Medical Executive Doctor Physician</u> at <u>C.M.F. in Vacaville,Caifornia</u>
   (Position and Title)          (Institution)

7. Name of 7th Defendant: <u>Tran</u>. The 7th Defendant is employed as:
   <u>Primary Care Provider Physician Doctor</u> at <u>C.M.F.in Vacaville California</u>
   (Position and Title)          (Institution)

   Name of 8th Defendant: <u>Butterfield</u>. The 8th Defendant is employed as:
   <u>Correctional Officer facility B</u> at <u>C.H.C.F. Stockton, California.</u>
   (Position and Title)          (Institution)

FURTHER DEFENDANTS ARE LISTED IN ATTACHED COMPLAINT § 1983...

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: <u>Krzysztof Wolinski Plaintiff</u> v. <u>Abdulbaset Abdulgader,et.al., Defendnats</u>
      2. Court and case number: <u>2:21-CV-02078-DJC-CKD</u>
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) <u>Still Pending</u>

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

THIS ACTION IS FILED PER OREDERS OF U.S. DISTRICT JUDGE DANIEL J. CALABRETTA,& MAGISTRATE JUDGE CAROLYN K. DELANEY U.S DISTRICT COURT,EASTERN DISTRICT OF CALIFORNIA DOCKT. 28;34...

## D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: First; Eight;and Fourteenth Amendments to United States Constitution,and 42 USC §§ 1983,1981(c),1985(3),1986,1997(d),18 USC § 1621...

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Mail            ☒ Access to the court      ☐ Medical care
   ☒ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☒ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff follow the Order of Associate Warden Terri Weinhold,and filed Prison Grievane against Law Library denial of assistance and discrimination by Librarian S. koubong in C.H.C.F., for which He was than Retaliated against,and suffer additional retribution as described in attached Civil Complaint, in more details...

For each inmate who follow Plaintiff's suit to filegrievance against Prison Law Library He was retaliated by (A) Captain Kerri M. Lamas.and Sergeant Melissa Pender with Forged;Falsified State Reports,in violation of California Penal Code Section 118.1, and 18 USC section 1621, in addition to 42 USC sec. 1997(d),1985(3),1986,1981(c),and Title 15 California Code of Regulations Section 3084.1(d);3481(d),3163,among other State California Laws Assembly Bill 750

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim I?                 ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?        ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. BECAUSE IT IS SUPPRESSED BY C.D.W. JASON SHULTZ TO PROTECT STAFF EXPOSURE, AND THEIR MISCONDUCT... PENAL CODE § 118.1

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: First,Eight,Fourteenth Amendments to United States Constitution,U.S. Court holding in Hudson v. Mc Millian,503 U.S.1,112 S.Ct.995,117 L.Ed.2d.156(1992)

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☒ Property
- ☐ Exercise of religion
- ☒ Retaliation
- ☒ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

As stated in Attached Civil Complaint 42 USC sec.1983,this Battery Assault was initiated by Officer   Butterfield on January,25th,2022, at facility B in C.H.C.F. Stockton,California where facility Officers had used Mentaly Disabled inmate as target practice and training how to take down violent inmates,for which this facility than under supervision of Associate Warden,now (A) Chief Deputy Warden Jason Schultz,went under Investigation !
On January,25th,2022,Plaintiff suffered unjustified Retaliation & Battery Assault causing him severe second degree burn wanton pain infliction,damage to his lungs,emotional distress,and P.T.S.D. !
On January,29th,2022, Lieutenant Kerri M.Lamas & Sgt. McKim,responded for Excessive Force Video Interview,and for alleged investigation of misconduct! Than again on 01/30/22,and shortly after,in attempt of covering up Officers misconduct upon A.D.A. Inmate-Patient,in B-1A-129 room which was recorded on Unnit Surveillance,and therefore it cannot be Denied ! Please take a Notice that Prison grievance in this matter is Still Supressed by C.D.W. Jason Schultz to this day,for purpose of Protecting Sgt. Singht misconduct & falsified State Reports...
For Detailed description of this Claim please see attached Complaint...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Second Degree Burn caused by MK-9 Chemical Agent,and damage to Plaintiff's Lungs... Destruction of Personal Property Trtial transcripts,theft of Personal Property,etc.
Infliction of Wanton Pain, Emotional Distress, P.T.S.D.,among other injuries...

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It is still suppressed per C.D.W. J.Schultz orders...

4

THIS CLAIM & COMPLAINT IS FILED AS PER ORDER OF U.S. DISTRICT JUDGE DANIEL J.CALL ABRETTA
AND MAGISTRATE JUDGE CAROLYN K.DELANEY SEE ATTACHED EXHHIBIT "A" ORDERS (Dockt 28; 34.)

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: First Eight,Fourteenth Amendment to the
United States Constitution,U.S. Supreme Court holding in Estelle v. Gamble,429 U.S.97,104,97 S.Ct.85(1976);and
Erickson v. Pardus,551U.S.89,94,127 S.Ct.2197(2007)

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - [ ] Basic necessities
    - [ ] Mail
    - [ ] Access to the court
    - [x] Medical care
    - [ ] Disciplinary proceedings
    - [ ] Property
    - [ ] Exercise of religion
    - [x] Retaliation
    - [ ] Excessive force by an officer
    - [x] Threat to safety
    - [ ] Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
On or about December,15th,2021,Plaintiff was transfered via Emergency Transfer to C.M.F. Vacaville,when he
was protesting on Hunger Strike,against deprivation of Adequate Health Care & Retaliation for filed Health Care
Grievances at C.H.C.F. that lead to malicious Reduction of Level of Care by Green Card Physician Doctor,and
transfer to regular prison than emergency transfer to C.M.F.,where Dr.Tranwas assigned to himas Primary Care
Provider. on 12/16th/2021. However she refused to provide any care on the Basis of Plaintiff being placed in a
P.I.P. Mental Health,higher level of Care! Due to his hunger strike,for over 30 days than...Since that day He
also came into contact with Chief Medical Executive Dr. Osmon,who stated that He cannot help him because he is
in care of Dr.Tran and because traditionally P.I.P. Patients are treated as they are received without any
changes in treatment,which violated in itselves the Coleman & Plata Three Judge panel Court Injunction from
02/14th/2014. It shall be Noted that because Dr. Tran went on Vacations Plaintiff suffered severe Seizures denial
to renew his Rx for seizures and other Rx medication,because of Dr. Osmon Orders C.M.E. @ C.M.F. Vacaville!
That lead to Head injury caused by Seizure in C.M.F. unit Q-1-101cell,which was Non-ADA-cell and where Plaintiff
was maliciously placed by C.M.E. Dr. Osmon, and where He was unable to transfer onto to small bed w/out bar by
that Bed, or onto toilet,or ability to call for help! Plaintiff was sleeping in his wheelchair since December
15th,2021,till December29th,2021 when He was moved to ADA cell in HTC/CTC 64 Bed Bldg. room A-016.
Plaintiff is classified as Inmate-Patient with serious medical needs on file since January,2010 his entry into
C.D.C.R. at N.K.S.P.          Please see attached Civil Complaint for further Details...

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Broken Skull above Right Eye,broken tooth, followed Denial of Care upon transfer to C.H.C.F. based on false
reports and progress notes filed by Dr.Tran P.C.P.,and Dr.Osmon C.M.E. at C.M.F. Vacaville.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
    b.  Did you submit a request for administrative relief on Claim III?  [x] Yes  [ ] No
    c.  Did you appeal your request for relief on Claim III to the highest level?  [x] Yes  [ ] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

WHEREFORE Plaintiff,humbly prays for Judgment against Defendants as follows:

1. For Compensatory Damages,in the amount to be determined at trial by Jury;

2. For Puntive Damagesi in the Amount tobe determined by the Jury,for inflicted Injuries, by the defendants malicious systematic misconduct,and disregard to U.S. laws;

3. For reasonable Attorney's fees,pursuant to 42 USC sec.1988.

4. For the cost of this Suit incured in this civil action;

5. For such other and all further RELIEF this Honorable Court Deems proper and Just.

6. Plaintiff Krzysztof Wolinski hereby demands Jury Trial on all issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July, 20 th, 2023.

DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

Krzysztof F. Wolinski in Pro-Se

CDCR  No: AC-1995

California Health Care Facility

7707 South Austin Road;Stockton,CA 95213

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1   *KRZYSZTOF WOLINSKI  CDCR No: AC-1995*
    *CALIFORNIA HEALTH CARE FACILITY*
2   *7707 SOUTH AUSTIN ROAD*
    *STOCKTON, CALIFORNIA 95213*
3

4                              IN THE

5              UNITED STATES DISTRICT COURT

6                             FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9

10  **KRZYSZTOF WOLINSKI**                    CASE No:_____

11  *Plaintiff*

12                                   *42 USC § 1983 CIVIL COMPLAINT BY PRISONER*

13  Vs.                                         *JURY TRIAL DEMAND*

14

15

16  **KERRI  M. LAMAS,  et.al.,**

17  *Defendants*

18  _____

19

20                    **A.    JURISDICTION**

21

22  1.      **This Honorable Court has Jurisdiction over this action pursuant to:**

23  28 USC § 1343(a), and 42 USC § 1983,

24          **This Honorable Court is Predicated on 28 USC, section 1331, 1334, and 1367, in addition this**

25  **Honorable Court has also supplemental Jurisdiction in this case pursuant to:** 42 USC § 1981(c), 42 USC§

26  1985(3); 42 USC§ 1986., A.D.A. Title II, and R.A. § 504, Title 15 California Code of Regulations§§ 3481,3480-to-

27  3487, and Penal Code § 118.1; 18 USC §1621.

28

_____

**CIVIL RIGHTS COMPLAINT BY PRISONER 42 USC § 1983 JURY TRIAL DEMAND**   PAGE No:__1__

2.      The Prison Institution where these violations occurred is: California Health Care Facility in Stockton, located at 7707 South AUSTIN Road, in Stockton, California

## B.      PLAINTIFF

**Krzysztof F. Wolinski,** is and was at all times mentioned in this Complaint, an Inmate-Patient Housed in the California Health Care Facility in Stockton, California, He is and was at all times mentioned in this Complaint classified as an, **A.D.A.**, inmate-patient with serious Medical Needs on File, and Mobility Impairment thus Full time Wheelchair User **"DPW."**

## C.      DEFENDANTS

**Name of the first Defendant is, Jason Schultz.** The First Defendant is employed at California Health Care Facility as an "Acting" Chief Deputy Warden.

**Name of the second Defendant is, Kerri M. Lamas.** The Second Defendant is employed at California Health Care Facility as an "Acting" Capitan at facility "C", and "D.

**Name of the third Defendant is, Melissa Pender.** The Third Defendant is employed at California Health Care Facility as Correctional Sergeant, at facility "C", and "D

**Name of the fourth Defendant is, Mousumi Nanady. The** Fourth Defendant is employed at California Health Care Facility, as Primary Care Provider Doctor, at facility "D".

**Name of the fifth Defendant is, __Singh.** The fourth Defendant is employed at California Health Care Facility as Correctional Sergeant, at facility "B".

**Name of the sixth Defendant is, __Butterfield.** The Sixth Defendant is employed at California Health Care Facility as Correctional Officer at facility "B".

**Name of the seventh Defendant is, S. Berumen.** The Seventh Defendant is employed at California Health Care Facility as Correctional Officer, at facility "B".

**Name of the eight Defendant is, __.Osmon. The** Eight Defendant is employed at California Medical Facility, in Vacaville as Chief medical Executive, Medical Doctor.

**Name of the Ninth Defendant is, __.Tran. The** Ninth Defendant is employed at California Medical Facility, in Vacaville, as Primary Care Provider Doctor, at unit Q-1, and HTC/CTC-64 Bed.

## D.    CAUSE OF ACTION

*THIS CIVIL COMPLAINT IS FILED WITH THIS HONORABLE COURT PER ORDER OF UNITED STATES DISTRICT JUDGE, <u>DANIEL J. CALABRETTA</u>,  AND ALSO UNITED STATES MAGISTRATE JUDGE <u>CAROLYN K. DELANEY</u> AS PRESENTED IN ATTACHED EXHIBIT 'A'*

## <u>CLAIM No. 1</u>

1.     **The Constitutional and Federal Civil Rights were violated**: First, Eight and Fourteen Amendments were violated, in addition to title 42 USC sections 1983, 1981©,1985(3),1986, and 18 USC section 1621.

2.     **Claim One identify the issue involved with** Retaliation and Falsification of State Reports, and Deprivation of Due Process of Law, required in Disciplinary proceedings, in tandem with Deliberate, Systematic Defendants Operation Under the State Color of Law .

3.     **The Supporting Facts in this Claim are as follows**:

Plaintiff followed the advice of Associate Warden Ms. **Terri Weinholdt** who directed him to file Prison Grievance **CDCR-602**, regarding to denial of assistance with access to the Courts through the Prion Law Library, and denial of assistance to Disabled Inmates-Patients by C.H.C.F. Facility Share Services Library and Ms**. S. Koubong**. As per California Code of Regulations §§ 3120; 3222,3123, 3160, California Constitution Art. 1§ 3; U.S. Const. Amend. 1. Plaintiff followed this advice, and filed his grievance accordingly as per CDCR policy & regulations, furthermore He has assisted to file other inmates their grievances by let them copy page No. 2 of his Grievance 602-1, these were Blind Inmate, & Illiterate inmate, and so forth. (As per C.C.R. 15 sec. 3163). For which, She  retaliated with falsified **<u>RVR No:7298382</u>**, State Report. This abuse was than Exacerbated because (A) Captain followed her suit...

However, ***instead of receiving required interview*** as per Title 15 C.C.R. sections 3480, 3481(c)(d), he was retaliated by **(A) Captain Kerri M. Lamas, and Sergeant Melissa Pender**, with **(6) Six** *Falsified State Reports* for helping other inmates voice their complaint about systematic denial & deprivation of assistance to ADA inmates by Prison Law Library, ***<u>Log No: 7288111;7288113;7288118;7288124;7298080;7298083,</u>*** and systematic deliberate Deprivation of Access to the Courts pursuant to holding in: **<u>Tennessee v. Lane</u>**, 541 U.S. 509, 124 S. Ct. 1978(2004),United States Supreme Court holding, "**<u>Denial of Access to the Courts</u>**": actions against State alleging

1   past and ongoing violations of Title II, , by denial of access to services of a State Court systems by reason of

2   disability was NOT bared by Eleventh Amendment, because Title II is valid under § 5 of Fourteen Amendment as it

3   applies to class of cases implicating accessibility of Judicial Services.

4          Plaintiff was retaliated in violation of 1st, Amendment to U.S. Constitution with 8 False State Reports!

5          And as soon as Plaintiff reported this abuse of Power & Authority by filing another Grievance exposing the

6   Operations under State Color of Law, He suffered , "Retribution, & was Retaliated" with additional Two Falsified,

7   Forged State Reports: _7302245;7320262_ in violation of Title 18 USC sec. 1621, 42 USC sec. 19997(d), and First

8   Amendment to U.S. Constitution, in tandem with **C.C.R. Title 15 § 3481(c),(d)…**

9   **These are the Falsified State Reports used as form of Retaliation and Weapon to Silence ADA, and other**

10  **Disabled inmates at C.H.C.F. from utilizing Grievances process: 7288111; 7288113; 7288118; 7288124;**

11  **7298080; 7298083;7302245, and 7320262, all these*** *RVR's* , are contradicted by witnesses Declarations, and

12  video recordings, that expose Defendants and their Misconduct including audio recording on newly installed

13  Surveillance in CHCF, when the Threats were made to Plaintiff that he will be subjected to Retaliatory transfer to

14  Regular Prison a Non-Medical facility for Utilizing his right to grievance process and reporting staff misconduct !

15  (**Deliberate Secondary Retaliation** )         **_*(Rules Violation Report 115/Disciplinary Report.)_**

16         It shall be Noted that Plaintiff is an Inmate-Patient with serious Medical Needs, who cannot be housed in

17  Regular Prison Facility as such placement would result is his Death, or at very minimum Irreparable Injury, due to

18  His serious Medical Condition and Dependence on Nursing Staff assistance with daily basic human needs, like

19  Incontinence supplies, access to Oxygen from the wall when $O_2$ **Concentrator is charging Batteries.**

20  4.     Because of Defendants actions Plaintiff suffered Emotional Distress, as Patient - Inmate participant in

21  _Coleman Class_ action at the level of E.O.P. level of Care, has been Deprived of possibility for Consideration of

22  Early Possible parole has suffered increase of a Custody Points that deprive him of access to educational programs

23  & groups, and Libel ! Furthermore suffered unjustified Infliction of Discipline and deprivation of Privileges to

24  which He was otherwise entitled as all other inmates… This has been inflicted without [**Penalogical**] Justification

25  as He was Innocent, and deliberately denied his Due Process rights at **RVR-115,** (Rules Violation Report) Hearing

26  because the **_SHO*_** was covering up for Captains Misconduct, in other words his supervisors misconduct… And

27  therefore acting in concert and in conspiracy!

28  _*(Senior Hearing Officer, a Facility Lieutenant who works day to day with Defendants, thus is Bias & Prejudice.)_

## *CLAIM No. 2*

1.      **The Constitutional and Federal Civil Rights were violated**: First, Eighth, and Fourteen Amendments were violated, in addition to title 42 USC sections 1983, 1981(c),1985(3),1986,1997(d), and 18 USC section 1621. And **California Penal Code** sec. 118.1, Title 15 sec. 3481(d).etc…

2.      **Claim Two identify the issue involved with:**

- Retaliation and Falsification of State Reports, and

- Deprivation of Due Process of Law, required in Disciplinary proceedings,

-Excessive Force, and Battery Assault upon ADA inmate, with a ***Serious Medical Needs***,and

in tandem with Deliberate, Systematic Defendants Operation Under the State Color of Law .

3.      **The Supporting Facts in this Claim are as follows**:

        On or about January, 19th, 2023, Plaintiff Krzysztof Wolinski was transferred from C.M.F. Vacaville, California Prison to C.H.C.F., Stockton, California because of his Medical needs that were difficult to be taken care of in Vacaville Prison Hospital. However upon return He was placed in Facility B, because the CHCF went back onto **"Covid-19"**, Modify program, so Plaintiff was placed into PIP. Program, pending reopening CHCF prison.

        On January, 21st , 2022, Plaintiff begin to request for return of his Personal Property as He was promised by **Sergeant Mr. Joseph**, from ***PMU/R&R***, yet He was ignored and his Court Deadlines were disregarded, as well, therefore Plaintiff continued to refuse his Food as form of Protest! This lasted till January, 25th, 2022, when officer Butterfield came to work as relief for regular Officer who did Not show up to work, and who denied to contact his supervisor for advise, instead in vulgar tone became abusive and verbally unprofessional toward Plaintiff! At this point Plaintiff had cover up his front room window to stop any further abuse which than lead to  Battery Assault upon ADA Inmate-Patient, unjustified use of excessive force, and Chemical Agent Prohibited to be Used upon ***Pt-Im's***, with **C.O.P.D**.- Asthma, or other Pulmonary conditions that are always displayed on the Door Frame of the Room/Cell occupied by inmates! However this was Not the case in Plaintiff's situation, Officer Butterfield, had open Plaintiff's room door, in presence of other Officers, and look where Plaintiff was located in his room 129 of B-1-A, unit, (Plaintiff was at that time Catheterizing himself Extracting Urine by the Toilet), upon locating Plaintiff He close that door, that shortly after He open them again and took plastic box cover for unexplained reason, than again open the door to discharge MK-9 chemical agent upon Plaintiff using toilet for Catheterization.

1   This has been repeated for Unjustified reason two more times, than the Alarm was trip to justify Officer Butterfield

2   Assault Upon Plaintiff, by that time Sergeant Singh responded and order to cuff up Plaintiff than escort him to

3   treatment room for no reason other than to cause Wanton- pain by burning MK-9, several minutes later Plaintiff

4   was finally transferred to "TUB Room", where he was allowed to rinse of so called De-Contamination? ,and shortly

5   after when Sgt. Singh overhead Plaintiff's conversation with Nurse that He was asking for Injury report that is

6   required for Grievance/Staff Complaint procedure in CDCR, and CHCF prison for investigation of  Abuse of Power

7   & Authority, yet systematic pattern of Operations under State Color of Law by **Sgt. Singh**, **Officer Butterfield**,

8   **Lt. Kerri M. Lamas**, among several others including (A) **Chief Deputy Warden Jason Schultz** who personally

9   get involved to cover up all Staff Misconducts committed at Stockton, C.H.C.F., by Officers, No matter how

10  outrageous that misconduct is! *(The Motto of **C.D.W. J.Schultz** is that Inmates are not Citizens they are just*

11  *CDCR-Numbers).  (Mr. J. Schultz is a former Associate Warden for fac. B. C.H.C.F.)*

12  *(That is proven why facility B went under Government investigation shortly after Battery Assault upon*

13  *Plaintiff's, and several other inmates housed in facility B, because they were used as practice targets, by the*

14  *Officers working at that facility that housed Mentally Disabled inmates at the highest level of Care E.O.P. -*

15  *P.I.P.!)*

16  Plaintiff submits that this battery assault was then cover up by malicious action of Female **Lieutenants**

17  **Kerri M. Lamas** , who **[FALSIFIED]** State Reports Number: *JR# 33647, and CHCF-AUEF-22-01-00007*,

18  which she video recorded three times along with **Sergeant L. Mc Kim**, on January, 29th, 2022,& 01/30[th], 2022,and

19  02, 01st, 2022, regarding to battery assaults on January, 25th, 2022, in B-1A-129, by **Officer Butterfield**, **Off.**

20  **Saechao**, **Off. Macato**, **Off.Delgado**, **Sgt. Singht**, falsifying Reports and coercing Nurses to fabricate reports than

21  misadvising deliberately M.H. Clinician on Duty, yet by His, lying that Plaintiff was suicidal that is why he was

22  assaulted by his staff, and therefore Plaintiff was temporarily paced onto suicide watch without interview from

23  Mental Health Staff, or clinician, because of Sgt. Singh Lying that was "Corrected" by **SRN-2*** who was attending

24  Plaintiff's Injuries and contacted the Mental Health to correct these false statements by Sgt. Singh on January, 25th,

25  2022. Plaintiff submits that this entire incident of Unjustified use of Excessive force Battery Assault was recorded

26  by B-1A Video Surveillance on January 25th, 2022, and therefore contradicts all Falsified State reports filed in this

27  matter by Officers, Sgt. Singh, Lt. Kerri Lamas, and others…        ***(SRN-2   Supervising Nurse Level 2.)**

28  **(Penal Code §118.1,&18 USC§1621; Prohibits Any Officers from committing Perjury,& Falsification of State Reports.)**

1   Plaintiff submits respectfully and states that on January, 25th, 2022, He has suffered unjustified sadistic

2   Battery assault initiated by Officer Butterfield in violation of First, Eight, and Fourteenth, Amendments to United

3   States Constitution, and in violation of United States Court holding in **Hudson v Mc Millian**, 503 U.S. 1,117 L. d.

4   2d. 156,112 S. Ct. 995(1992). As direct result of that Assault Plaintiff has suffered severe Injuries in form of

5   Second Degree Burn to his skin, wanton infliction of pain, and P.T.S.D., and suffered loss of personal property.

6   Following denial of right to Grievances process because his Grievance 602-1 was suppressed by C.H.C.F.,  Office

7   of Grievances and continue to be to this day!(Orders of C.D.W. **Jason Schultz**, and (A) Captain **Kerri M. Lamas**.)

8   Based on this foregoing Plaintiff, is excused from exhaustion under Court Ruling in **Ross v. Blake**,__U.S.__136,

9   S. Ct.  1850,195 L. Ed. 2d. 117(2016). Plaintiff exhausted all available remedies to him, to No-Avail...

10   It is long established law hat Supervisors are Liable for failure to Stop, this assault, and other Officers for

11   failure to Intervene when other are doing so, see **Randal v. Prince George's County, Md.,** 302 F. 3d. 188,203-204

12   (4th Cir. 2002),or **Mick v. Brewer**, 76 F. 3d. 1127, 1136 (10th Cir. 2005) . Supervisors are liable for application of

13   State Laws and for use of Force, the Law Officers are liable not only for using of excessive force, but also for faling

14   to intervene, when others are doing so... **United States v. Serata**, 425 F.3d. 886, 895-96 (10th Cir. 2005).

15   The Constitution requires Prison Officials to provide "reasonable Safety", for prisoners:

16   **Farmer v Brennan**, 511 U.S. 825, 114 S. Ct. 1970 (1994). They must protect them from assaults by others, from

17   hazardous living conditions, and from unreasonable excessive use of force. However herein Plaintiff was retaliated

18   by **Office Butterfield**, **Sgt. Singh**, and all was cover up by **Lt.Kerri M. Lamas**, & (A) **CDW  Jason Schultz!**

19

20   ### CLAIM No. 3

21   1.   **The Constitutional and Federal Civil Rights were violated**: First, Eighth, and Fourteen Amendments

22   were violated, in addition to title 42 USC sections 1983, 1981©,1985(3),1986, and *Title II, of A.D.A.§ 504*.

23   2.   **Claim Three identify the issue involved with** Retaliation and Falsification of State Reports, and

24   Deprivation of Adequate Health Care and Treatment by Green Card Doctors who inflicted severe injuries upon

25   ADA inmate with serious medical Needs, in tandem with Deliberate, Systematic failure to continue treatment

26   Ordered by Outside Hospital Doctors/Physicians that almost had Killed Plaintiff.

27   3.   **The Supporting Facts in this Claim are as follows:**

1    The United States Constitution requires the Prison Officials to Provide with Adequate Medical Care for the

2   Prisoners in the Custody of **C.D.C.R.**, this laws has been enforced by **Three Panel Judge Court** case No. C-01-

3   1351 Court Injunction Dated 14 February, 2014.   **(Marciano Plata v Edmund Brown.)**

4    The United States Supreme Court has stated that "Deliberate Indifference" to serious medical needs of

5   Prisoners constitutes the "Unnecessary and Wanton infliction of Pain"…proscribed by the Eight Amendment to

6   United States Constitution.(**Per Curiam**) **Estelle v Gamble**, 429 U.S. 97,104, 97 S. Ct. 285(1976); **Erickson v.**

7   **Pardus**, 551 U.S. 89,94,127 S. Ct. 2197(2007).

8    Since Prisoners cannot obtain their own Medical Care Services, the Constitution of United States requires

9   prison Authorities to provide them with "Reasonably Adequate Medical Care, **Hoptowit v. Ray**, 682 F. 2d.

10   1237,1246 (9th Cir.1982) accord. To **Bell v Wolfish,** 441 U.S. 520,99 S. Ct. 1862(1979); see also **Plata v Brown**,

11   et. al., No: C-01-1351.

12    Courts have defined adequate medical services as "Services at a level reasonably commensurate with

13   modern medical science and of acceptable to and with prudent professional standards of American Medical

14   Association." **Fernandez v. United States**, 941 F. 2d. 148, 1493(11 Cir. 1991).

15    Herein this case the Defendants are acted in conspiracy using a communication orders for deliberate denial

16   of care and treatment to Plaintiff as form of retaliation for filed in Staff Complaints against Previous **P.C.P.,** and

17   Complaint with Medical Board of the State of California! Plaintiff submits that "Nowhere" is to be found and this

18   was concurred by Director of Health Care Operations **Dr. Joseph Bick**, at **C.C.H.C.S**., that Plaintiff should have

19   been denied adequate care because He was Temporarily placed into **P.I.P.,** the Higher Level of Mental Health Care,

20   because of his Hunger Strike, several days, among other protesting issues!

21    Furthermore, the defendants have the entire Medical File and his Medical History, on file in Computer

22   since He was still in custody of **C.D.C.R.**, and in **C.D.C.R.**, Prison facility at that time **CMF**, following by

23   **C.H.C.F.**, this was independent decision issued by **Dr.Osmon** followed by **Dr. Tran**, resulting in deliberate denial

24   of Required Adequate Health Care, under 8th Amendment to United States Constitution, and above mentioned

25   Courts Citations that ruled in similar cases already, this included Title 15 of California Code of Regulations that

26   these **CDCR** Physicians has maliciously violated!

27    Furthermore when Plaintiff was returned to **CHCF** in Stockton, California, he was placed in care of Doctor

28   from India who than upon request of other Doctors against whom Prison Grievances were filed because of their

1  failure to comply with *Title 15 C.C.R.*, and provide proper care which is proven with multiple Hunger Strike

2  protests that than received attention of American Medical Doctor who was correcting these wrongs, reference

3  CHCF *Chief Medical Executive*, **Doctor** **Robert Chapnik,** these in turn resulted in Hospitalization because India

4  Physician Doctor practice Medicine as if he was in **India**, not in U.S.A.,**Dr. Kapoor** Rx medications over Plaintiff

5  objections because of allergies warning, yet this Physician subjected him to unjustified test resulting in second

6  degree burn of Plaintiffs skin on his face, neck chest, arms, etc.,recorded in August 2022, than he refused to Rx

7  Antibiotics after Dental

8  Procedure, as per Dentist requests and Plaintiff contracted Sepsis, and was send to Hospital San Joaquin General, in

9  French Camp, California, however, upon return back to facility Plaintiff was placed into Care of **Dr. Mousumi**

10  **Nandy (India Doctor)** in *D-4A- CTC*,  unit at *CHCF*, where She maliciously refused to continue Ordered by

11  Hospital Doctors Antibiotics via IV line, and Blood thinners medications for prevention of Blood Clots, which

12  resulted in transfer back to Hospital for Emergency Surgery, that crippled Plaintiff and his Right Arm! Following

13  by denial of placement in ADA room because Plaintiff was having pending Grievance against previous *P.C.P.*, at

14  *CHCF* prison, which of course call for, and "Required Retaliation", by fellow India Physician Doctor, in violation

15  of 42 USC sec. 1997(d)! And with total disregard to State California and Federal laws!

16      Because of this systematic acts of retribution for filed prison grievances against inadequate care from India

17  Doctors who try very hard to please their supervisor Chief Physician & Surgeon from India **Dr. Shefali Awatani,**

18  or **Dr. Naftali Malakkla** ,and they cut corners in favor of cutting budget rather than to provide adequate care, for

19  that reason Plaintiff Multiple Sclerosis Treatment has been denied since 2019, upon fabricated reports and excuses

20  why to avoid to treat his as required by State and Federal Law! For that reason He suffered Mino Cardiac arrest, in

21  care of **Dr. Nandy**, and several Seizures when Gabapentin Rx was D/C as form of retribution, a Medication which

22  is on hi file since he was admitted into custody of *CDCR in January 2010*. The same with *M.S.* treatment via IV

23  line "*Solumedrol" & "Avonex*", also D/C because Plaintiff is Not dying yet according to Green Card Doctor, and

24  this treatment is to expensive !

25  It shall be noted that none of these green card Physician Doctors has received any training in ADA Title II, or

26  previously issued Court Injunctions against *CDCR* such as Coleman, Plata, Armstrong, these Doctors don't even

27  know **Title 15 C.C.R.**, which governs the care provided to majority *CDCR* inmates-patients!

1       There is zero No doubt that these doctors has access to Plaintiffs Medical Files since January 2010, which

2   takes few Keyboard strokes on the computer, yet for its , convenience they refuse to use it and therefore Plaintiff is

3   denied life sustaining treatment for M.S., and rehabilitation for Stroke suffered, or *Physical Therapy* for his arm

4   after that **"*Emergency Surgery to remove Blood Clots"*,** in October 2022, because He was denied Care from Dr.

5   **M. Nanady**  He was forced to use plastic basin for about 2 months because Dr. **M**. **Nandy** refused to place him into

6   ADA room as it is required for Mobility Impaired Pt/Im's, full time wheelchair users…(**DPW on File**.)

7

8   <center>E.    RELIEF</center>

9   **PAYER FOR RELIEF**

10

11   *WHEREFORE Plaintiff humbly Prays for Judgment against Defendants as follows:*

12   -       **For Compensatory Damages, in the amount to be Determined By Jury at trial according to proof;**

13   -       **For Punitive Damages, in the amount of $ 500.000.oo, and according to Proof;**

14          **For reasonable Attorney's fees pursuant to 42 USC § 1988;**

15   -       **For cost of this Suit incurred in this action, and**

16   -       **For such other, and further relief as this Honorable Court Deems Proper and Just.**

17

18   *This Executed at, **California Health Care Facility** in Stockton California on July, 20th, 2023 A.D.*

19   *Respectfully Submitted*

20

21   **By:**

22   *Krzysztof Wolinski CDCR No: AC-1995*
    *California Health Care Facility*

23   *7707 South Austin Road*
    *Stockton. California 95213*

24   *I DECLARE THAT THESE FOLLOWING STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT, I*

25   *DECLARE THAT UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES*

26

27

28   *Krzysztof Wolinski Declarant in Pro-Se*

---

**CIVIL RIGHTS COMPLAINT BY PRISONER 42 USC § 1983 JURY TRIAL DEMAND**   PAGE No: 10

*KRZYSZTOF WOLINSKI    CDCR No: AC-1995*
*CALIFORNIA HEALTH CARE FACILITY*
*7707 SOUTH AUSTIN ROAD*
*STOCKTON, CALIFORNIA 95213*

# EXHIBIT    A

*PLAINTIFF'S  EXHIBIT IN SUPPORT OF CAUSE OF ACTION*

*The Honorable Unites States District Judge Daniel J. Calabretta Court Order,*

*and Magistrate Judge Carolyn K. Delaney Order Docket File No: 28; 34*

*A.*      *U.S. District Judge Daniel J. Calabretta Court Order Dockt. 34.*

*B.*      *U.S. Magistrate Judge Carolyn K. Delaney Order  Dockt. 28.*

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message-Id: Subject:Activity in Case 2:21-cv-02078-DJC-CKD (PC) Wolinski v. Abdulgader et al . Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

### Eastern District of California – Live System

**Notice of Electronic Filing**

The following transaction was entered on 5/12/2023 at 12:19 PM PDT and filed on 5/11/2023

| | |
|---|---|
| *Case Name:* | (PC) Wolinski v. Abdulgader et al |
| *Case Number:* | 2:21-cv-02078-DJC-CKD |
| *Filer:* | |
| *Document Number:* | 34 |

*Docket Text:*
ORDER signed by District Judge Daniel J. Calabretta on 5/11/2023 ADOPTING [28] Findings and Recommendations in full. This case is allowed to proceed only as to defendants Abdulgader and Williams. Defendants Burton, Weinholdt, and Petersen are DISMISSED without further leave to amend and Defendants Osmon, Benavidez, Tran, Montgomery, Singh, Butterfield, and Macato are DISMISSED without prejudice. (Perdue, C.)

**2:21-cv-02078-DJC-CKD Notice has been electronically mailed to:**

**2:21-cv-02078-DJC-CKD Electronically filed documents must be served conventionally by the filer to:**

Krzysztof F. Wolinski
AC-1995
California Health Care Facility (CHCF)
P.O. Box 213040
Stockton, CA 95213

The following document(s) are associated with this transaction:

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRZYSZTOF F. WOLINSKI,                    No.  2:21-cv-02078-DJC-CKD P

12                 Plaintiff,

13          v.                                 ORDER

14   ADBULBASET ADBULGADER et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On March 6, 2023, the Magistrate Judge filed findings and recommendations

21   herein which were served on Plaintiff and which contained notice to Plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff has filed objections to the findings and recommendations indicating

24   that he agrees to file a new lawsuit against the defendants employed at the California

25   Medical Facility ("CMF") as recommended by the Magistrate Judge.  ECF No. 33 at 4.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

27   304, this Court has conducted a *de novo* review of this case.  Having carefully

28   reviewed the entire file, the Court finds the findings and recommendations to be

                                              1

13

1  supported by the record and by proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3      1. The findings and recommendations filed March 6, 2023, are adopted in full;

4      2. This case is allowed to proceed only as to defendants Abdulgader and

5  Williams based on the retaliation and deliberate indifference claims alleged in the first

6  amended complaint;

7      3. Defendants Burton, Weinholdt, and Petersen are dismissed without further

8  leave to amend for failing to state a claim upon which relief may be granted; and

9      4. Defendants Osmon, Benavidez, Tran, Montgomery, Singh, Butterfield, and

10  Macato are dismissed without prejudice to filing a separate civil action because they

11  are improperly joined to the present suit.

12      5. The Clerk of Court shall terminate defendants Burton, Weinholdt, Petersen,

13  Osmon, Benavidez, Tran, Montgomery, Singh, Butterfield, and Macato from the

14  docket in this action.

15

16

17      IT IS SO ORDERED.

18  Dated:  **May 11, 2023**

19                                    Hon. Daniel J. Calabretta
                                      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25  12/woli2078.804

26

27

28

2

MIME-Version: FROM:cacd_cmecf_helpdesk@cacd.uscourts.gov TO:CourtMail@localhost.localdomain
Message–Id: Subject:Activity in Case 2:21–cv–02078–TLN–CKD (PC) Wolinski v. Abdulgader et al
Findings and Recommendations (Motion). Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *There is no charge for viewing opinions.*

*U.S. District Court*

*Eastern District of California – Live System*

## Notice of Electronic Filing

The following transaction was entered on 3/6/2023 at 8:53 AM PST and filed on 3/6/2023

*Case Name:*   (PC) Wolinski v. Abdulgader et al
*Case Number:*   2:21–cv–02078–TLN–CKD
*Filer:*
*Document Number:* 28
*Docket Text:*
 FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Carolyn K. Delaney on
03/03/2023 RECOMMENDING that this case be allowed to proceed only as to defendants
Abdulgader and Williams, Defendants Burton, Weinholdt and Petersen be dismissed without
further leave to amend and that Defendants Osmon, Benavidez, Tran, Montgomery, Singh,
Butterfield and Macato be dismissed without prejudice. Referred to Judge Troy L. Nunley.
Objections due within 14 days after being served with these findings and recommendations.
(Spichka, K.)

2:21–cv–02078–TLN–CKD Notice has been electronically mailed to:

2:21–cv–02078–TLN–CKD Electronically filed documents must be served conventionally by the filer
to:

Krzysztof F. Wolinski
AC–1995
California Health Care Facility (CHCF)
P.O. Box 213040
Stockton, CA 95213

The following document(s) are associated with this transaction:

1    However, if, after careful consideration, it is clear that a claim cannot be cured by amendment,

2    the court may dismiss without leave to amend. Cato, 70 F.3d at 1105-06.  It appears to the court

3    that allowing further amendment of the claims against defendants Burton, Weinholdt, and

4    Petersen would be futile because the allegations against them are based on their role as

5    supervisors.  Plaintiff has already been granted leave to amend and was unable to properly link

6    any of these defendants to the asserted constitutional violations.  Therefore, the undersigned

7    recommends that defendants Burton, Weinholdt, and Petersen be dismissed without further leave

8    to amend. Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bureau, 701 F.2d 1276, 1293 (9th

9    Cir. 1983) (holding that while leave to amend shall be freely given, the court does not have to

10   allow futile amendments).

11       **VI.      Plain Language Summary for Pro Se Party**

12           The following information is meant to explain this order in plain English and is not

13   intended as legal advice.

14           The court has reviewed your first amended complaint and determined that the First and

15   Eighth Amendment claims against defendants Abdulgader and Williams should be allowed to

16   proceed.  It is recommended that the remaining defendants be dismissed from this action because

17   there are no cognizable claims for relief against them or because they have been improperly

18   joined to the present suit.  The claims against the defendants at CMF may be raised in a separate

19   civil action if you choose to file one.

20           If you disagree with this recommendation, you have 14 days to explain why it is not the

21   correct outcome in your case.  Label your explanation "Objections to Magistrate Judge's Findings

22   and Recommendations."  The district judge assigned your case will then review the case and

23   make the final decision in this matter.

24           In accordance with the above, IT IS HEREBY RECOMMENDED that:

25       1.   This case be allowed to proceed only as to defendants Abdulgader and Williams

26            based on the retaliation and deliberate indifference claims alleged in the first amended

27            complaint.

28       2.   Defendants Burton, Weinholdt, and Petersen be dismissed without further leave to

16

1     amend for failing to state a claim upon which relief may be granted.

2        3.  Defendants Osmon, Benavidez, Tran, Montgomery, Singh, Butterfield, and Macato be

3           dismissed without prejudice to filing a separate civil action because they are

4           improperly joined to the present suit.

5     These findings and recommendations are submitted to the United States District Judge

6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

7 after being served with these findings and recommendations, any party may file written

8 objections with the court and serve a copy on all parties. Such a document should be captioned

9 "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

10 objections shall be served and filed within fourteen days after service of the objections The

11 parties are advised that failure to file objections within the specified time may waive the right to

12 appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

13 Dated: March 3, 2023

14                             *Carolyn K. Delaney*

15                         CAROLYN K. DELANEY
                        UNITED STATES MAGISTRATE JUDGE

21 12/woli2078.F&R.misjoinder

1

*KRZYSZTOF WOLINSKI   CDCR No: AC-1995*
*CALIFORNIA HEALTH CARE FACILITY*
*7707 SOUTH AUSTIN ROAD*
*STOCKTON, CALIFORNIA 95213*

2

3

Scanned at CDCR and E-Mailed

on_____by_____

(date)        (initials)

Number of pages scanned:

_____

4

5

6

7

*In The*

8

**United States District Court**

9

*for the*

10

**Eastern District of California**

11

12

13

**Court Clerk Notification**

14

15

**Please Provide Assigned Court Case Number for Prison Trust and Accounting Office for Issuance of**

16

**6  Months Trust Statement for this case Application of "In Forma Pauperis by Prisoner".**

17

18

19

20

21

22

23

24

25

26

27

28

---

**CIVIL RIGHTS COMPLAINT BY PRISONER 42 USC § 1983 JURY TRIAL DEMAND**     PAGE No:____

*KRZYSZTOF WOLINSKI   CDCR No: AC-1995*
*CALIFORNIA HEALTH CARE FACILITY*
*7707 SOUTH AUSTIN ROAD*
*STOCKTON, CALIFORNIA 95213*

# PROOF OF SERVICE BY MAIL

*I AM THE RESIDENT OF THE AFORESAID COUNTY OF SAN JOAQUIN, IN THE STATE OF CALIFORNIA.*

*I am over the age of eighteen years old and a party of this entitled action;*

**<u>My current address is;</u>**

*CALIFORNIA HEALTH CARE FACILITY*

*7707 SOUTH AUSTIN ROAD*

*STOCKTON, CALIFORNIA 95213*

**On or about JULY, 20th, 2023, I had served via Electronic Filing from my Prison Institution Civil Complaint by Prisoner 42 USC, section 1983,1981(c),1985(3),1986,1997(d),A.D.A.II§504,to recover damages causes by defendants.**

*The Complaint was processed on the Interested Party in this Matter the United States District Court Clerk, in United States District Court for the Eastern District of California located at this Address 501 I Street  Room-4-200, Sacramento California 95814, and onto <u>California State Attorney General Rob Bonta</u>, through United States Postal Service by placing in a seal envelope with postage thereon prepaid in the Unites States Postal mail collected by Correctional Officers in California Health Care Facility in Stockton, California, addressed as follows;*

**Mr. Rob Bonta Attorney General Bar No. 202668**
1300 I Street,   Room- 125
P.O. Box 944255
Sacramento, California 94244-2550

**THIS EXECUTED AT CALIFORNIA HEALTH CARE FACILITY IN STOCKTON CALIFORNIA ON OR ABOUT JULY, <u>20th</u>, 2023.**

*I DECLARE UNDER PENALTY OF PERJURY THAT THIS FOREGOING IS TRUE AND CORRECT, I DECLARE THIS UNDER THE LAWS OF UNITED STATES , BY MY SIGNATURE BELOW,*
*SO HELP ME GOD.*

*KRZYSZTOF WOLINSKI  CDCR No: AC-1995*
*CALIFORNIA HEALTH CARE FACILITY*
*7707 SOUTH AUSTIN ROAD*
*STOCKTON, CALIFORNIA 95213*