IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:23-CV-1467-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KERRI M. LAMAS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 6, for an extension of time to resolve fees for this case. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to obtain necessary paperwork from prison officials, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 6, is GRANTED.

2. Plaintiff shall resolve the fee status for this case within 45 days of the date of this order.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1