IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRZYSZTOF F. WOLINSKI,**<br><br>                              Plaintiff,<br><br>v.<br><br>**KERRI M. LAMAS, et al.,**<br><br>                              Defendant. | Case No. 2:23-cv-01467-DJC-DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Having read and considered Defendants' second request, ECF No. 26, for extension of time to file a response to Plaintiff's Complaint, the declaration of Defendants' counsel supporting the request, and for good cause appearing based on counsel's declaration indicating the need for additional time to review relevant medical records, the application is **GRANTED**.

   Defendants may file and serve a response to Plaintiff's First Amended Complaint on or before September 23, 2024.

Dated:  July 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Grant'g Defs.' Second Req. for EOT to Resp. to Pl. Compl.  (2:23-cv-01467-DJC-DMC (PC))