IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>KERRI M. LAMAS, et al.,<br><br>          Defendant. | Case No. 2:23-cv-01467-DJC-DMC-P<br><br>ORDER |

Good cause appearing, Defendants' Motion to Stay Discovery and Defendants' Responsive Pleading Deadline, ECF No. 30, is HEREBY GRANTED. The Court will lift the stay and set new responsive pleading deadline following a final ruling on Defendants' Motion to Sever Claims. Upon the filing of an answer, the Court will issue a discovery and scheduling order. In the meantime, discovery is stayed.

IT IS SO ORDERED.

Dated:  September 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1