1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KRZYSZTOF F. WOLINSKI,                    No.  2:23-CV-1467-DJC-DMC-P

12                  Plaintiff,

13          v.                                  ORDER

14    KERRI M. LAMAS, et al.,

15                  Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil action.   The matter was

18    referred to a United States Magistrate Judge pursuant to Eastern District of California

19    local rules.

20          On June 30, 2025, the Magistrate Judge filed findings and recommendations

21    herein which were served on the parties, and which contained notice that the parties

22    may file objections within the time specified therein.  No objections to the findings

23    and recommendations have been filed.

24          The Court has reviewed the file and finds the findings and recommendations to

25    be supported by the record and the Magistrate Judge's analysis.

26    / / /

27    / / /

28    / / /

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2       1.    The findings and recommendations filed June 30, 2025, ECF No. 37, are

3  adopted in full.

4       2.    Defendants' motion to sever claims, ECF No. 29, is GRANTED.

5       3.    This action shall proceed on Plaintiff's First Amendment claims against

6  Defendants Lamas and Pender based on allegedly retaliatory conduct (first claim) and

7  that all other claims and defendants are DISMISSED from this action.

8       4.    The Clerk of the Court is directed to update the docket in this action to

9  terminate the following as defendants:  Jason Schultz, Singh, Nandy, Osman, Tran,

10  Butterfield, and Berumen.

11       5.    The Clerk of the Court is directed to open two new actions based on the

12  original complaint in this action, the first such new action to proceed on Plaintiff's

13  Eighth Amendment claims against Defendants Butterfield, Singh, Lamas, and Schultz

14  arising from the alleged use of excessive force on January 25, 2022 (second claim),

15  the second such action to proceed on Plaintiff's Eighth Amendment medical care

16  claims against Defendants Tran, Osmon, and Nandy (third claim), and that both new

17  actions be assigned to the sane District Judge and Magistrate Judge as the above-

18  captioned action.

19       6.    In all three actions, Defendants shall file responses to Plaintiff's claims

20  within 30 days of the date of this order.

21       7.    This matter is referred back to the assigned Magistrate Judge for further

22  proceedings.

23

      IT IS SO ORDERED.

24

25  Dated:  __**August 22, 2025**__

      _Daniel J. Calabretta_
      Hon. Daniel J. Calabretta
26    UNITED STATES DISTRICT JUDGE

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28