IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>KERRI M. LAMAS, et al.,<br><br>Defendants. | No. 2:23-CV-1467-DJC-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 40, for an extension of time to file an opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to Plaintiff's recent placement on restricted status, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 40, is granted.

2. Plaintiff's opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status is due within 30 days of the date of this order.

Dated: October 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE