1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KRZYSZTOF F. WOLINSKI,                      No.  2:23-CV-1467-DJC-DMC-P

12                  Plaintiff,

13         v.                                      <u>ORDER</u>

14    KERRI M. LAMAS, et al.,

15                  Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil action.  Pending before the

18    Court are Plaintiff's motions for an extension of time to file a response to Defendants' motion to

19    revoke Plaintiff's in forma pauperis status.  <u>See</u> ECF Nos. 41 and 43.  Good cause appearing

20    therefor based on Plaintiff's declarations indicating the need for additional time due to a recent

21    injury as well as a recent prison transfer, Plaintiff's motions will be granted.

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

                                              1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motions for an extension of time, ECF Nos. 41 and 43, are GRANTED.

2.    Plaintiff's opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status is due within 60 days of the date of this order.

Dated:  December 19, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE