**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No.  2:23-cv-1467-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KERRI M. LAMAS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil action.   The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The findings and recommendations filed April 9, 2026, ECF No. 45, are adopted in full.

1

2.    Defendants' request for judicial notice, ECF No. 39-1, is granted.

3.    Defendants' unopposed motion to revoke Plaintiff's in forma pauperis status, ECF No. 39, is granted.

4.    Plaintiff shall pay the remaining balance of the $350.00 filing fees for this case in full within 30 days of the date of this order.

5.    This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2